FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SEAN THAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. CV 08-1044-RGK(MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint and all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the complaint.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: JUN 27 2008

R. Gary Klausner
United States District Judge