JS-6, ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEAN THAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE DEPARTMENT,<br>et al.,<br><br>    Defendants. | Case No.  CV 08-1044-RGK(MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: **JUN 27 2008**

                                                R. Gary Klausner
                                                United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY